| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

NOV 0 4 2004

Michael N. Milby, Clerk of Court

| MARTHA CAROLINE BEAUDRY, | § | |
| | § | |
| Plaintiff, | § | |
| versus | § | CIVIL ACTION H-04-3056 |
| | § | |
| | § | |
| SOUTHERN METHODIST UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

Signed November 2, 2004, at Houston, Texas.

Lynn N. Hughes
United States District Judge